FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

05 APR 22  AM 9: 08

_C. _____

DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 5:04-CR-81 (WDO)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHESTER BYRD** | : | |
| | : | |
| _____ | : | |

### ORDER FOR ADDITIONAL DECREASE FOR
### ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1(B)

Upon the motion of the Government, for the reasons set forth in the Government's Motion for

Additional Decrease For Acceptance of Responsibility Under U.S.S.G. § 3E1.1(B), IT IS HEREBY

ORDERED that:

    (1)    If Defendant qualifies for a two level decrease for acceptance of responsibility pursuant to

          U.S.S.G. § 3E1.1(a) at the time of sentencing; and

    (2)    Defendant's base offense is a level 16 or greater, prior to the operation of U.S.S.G. §

          3E1.1(a);

Defendant shall be given an additional one (1) level decrease for acceptance of responsibility

pursuant to U.S.S.G. § 3E1.1(b).

SO ORDERED, this _21st_, day of April, 2005.

_Wilbur L. Owens, Jr._

WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

Presented by:

s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655